TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00397-CV







Ed Barbee d/b/a Portable Welding Services, Appellant



v.



Jimmy Boriack d/b/a Best Industrial Service and Supply, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT


NO. 94-14324, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING







PER CURIAM



 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.


Before Justices Powers, Aboussie and Kidd

Dismissed on Joint Motion

Filed: September 13, 1995

Do Not Publish